UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VEAMCAST CORP.,

    Plaintiff,

v.                                              Case No: 8:20-cv-2667-T-36AEP

FACEBOOK, INC.,

    Defendant.
_____/

**ORDER**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on November 19, 2020 (Doc. 6). In the Report and Recommendation, Magistrate Judge Porcelli recommends that: (1) The Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2) be denied; (2) The Motion for Referral to Volunteer Attorney Program (Doc. 3) be denied as moot; (3) Veamcast be given a period of thirty (30) days from the date of the district judge's order on the aforementioned motions to obtain counsel and be given a period of sixty (60) days from the date of the district judge's order on the aforementioned motions to submit an amended complaint that states a cognizable federal claim, including the jurisdictional basis and factual basis for such claim. If Veamcast fails to comply with either deadline, it is recommended that the matter be dismissed without prejudice; and (4) If Dean seeks to proceed on his own behalf, Dean be given a period of sixty (60) days from the district judge's order on the aforementioned motions to submit an amended complaint setting forth claims he maintains on behalf of himself rather than on behalf of Veamcast. Plaintiff was furnished a copy of the Report and Recommendation and afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and

Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 6) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2) is DENIED.

(3) The Motion for Referral to Volunteer Attorney Program (Doc. 3) is DENIED AS MOOT.

(4) Veamcast is granted leave to obtain counsel within thirty (30) days from the date of this Order. Additionally, Veamcast is granted leave to file an amended complaint within sixty (60) days from the date of this Order which states a cognizable federal claim, including the jurisdictional basis and factual basis for such claim. **Failure to comply with either deadline will result in dismissal of this matter as to Veamcast without further notice from the Court.**

(5) If Dean seeks to proceed on behalf of himself in this matter, he must familiarize himself with both the Federal Rules of Civil Procedure and the Local Rules for the Middle District of Florida, copies of which can typically be reviewed in the Clerk's Office, located on the second floor of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida. To the extent that Dean would like assistance in pursuing claims on behalf of himself in this action, he may seek assistance from the Federal Bar Association by completing a request form at http://federalbartampa.org/pro-bono. Dean is also encouraged to consult

www.fedbar.org/prosehandbook and to consult the "Litigants Without Lawyer" guidelines on the Court's website, located at http://www.flmd.uscourts.gov/litigants-without-lawyers. If Dean seeks to proceed on his own behalf, Dean is given a period of sixty (60) days from the date of this Order to submit an amended complaint setting forth claims he maintains on behalf of himself, rather than on behalf of Veamcast.

**DONE AND ORDERED** at Tampa, Florida on December 9, 2020.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record