# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

VEAMCAST CORP.,

    Plaintiff,

v.                                                      Case No. 8:20-cv-2667-T-210AEP

FACEBOOK, INC.,

    Defendant.

_____/

## ORDER

This order follows the Court's examination of the letter motion filed by Mr. Joseph Dean on January 7, 2021. (Doc. 9.)  The Court construes this motion as a motion for an extension of time to retain counsel and denies it without prejudice. Per the Court's Order on December 12, 2020 (Doc. 7.), Mr. Dean has additional time to submit an amended complaint alleging claims that he maintains on behalf of himself rather than on behalf of Veamcast. *See* 28 U.S.C. 1654 ("In all courts of the United States the parties may plead and conduct their own cases personally or by counsel . . . ."); Local Rule 2.03(e) ("A corporation may appear and be heard only through counsel admitted to practice in the Court pursuant to Rule 2.01 or 2.02."). If he fails to do so by February 8, 2021, this action will be dismissed without prejudice.

**ORDERED** in Tampa, Florida, on January 13, 2021.

Kathryn Kimball Mizelle
United State District Judge