UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VEAMCAST CORP.,

    Plaintiff,

v.   Case No. 8:20-cv-2667-T-210AEP

FACEBOOK, INC.,

    Defendant.
_____/

**ORDER**

    Per the Court's Orders on December 9, 2020, (Doc. 7.), and January 13, 2021, (Doc. 10), Mr. Dean had until February 8, 2021, to submit an amended complaint alleging claims on behalf of himself rather than on behalf of Plaintiff Veamcast. *See* 28 U.S.C. § 1654; *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("[A] corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel."). Because he has failed to do so, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to terminate any pending motions and deadlines and to close this case.

    **ORDERED** in Tampa, Florida, on February 11, 2021.

_____
Kathryn Kimball Mizelle
United State District Judge